| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Gezar T Bluefer |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN District of ARKANSAS (State) |
| Case number | 4:25-bk-14389 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC    Court claim no. (if known) 3

**Last four digits** of any number you use to identify the debtor's account: XXXXXX7556

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice:

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: | | (10) | $ 0.00 |
| 11. | Other. Specify: Plan Review | 4/19/2026 | (11) | $ $300.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

Debtor 1 Gezar T Bluefer
First Name Middle Name Last Name

Case number (*if known*) 4:25-bk-14389

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X */s/Ciro A Mestres*
Signature

Date 05/22/2026

Print: Ciro (First Name) A (Middle Name) Mestres (Last Name)

Title Authorized Agent

Company McCalla Raymer Leibert Pierce, LLP

Address 1544 Old Alabama Road
Number Street
Roswell (City) GA (State) 30076 (ZIP Code)

Contact phone 678-281-6516

Email Ciro.Mestres@mccalla.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No.** 4:25-bk-14389 |
| Gezar T Bluefer | ) | **Chapter** 13 |
| | ) | |
| | ) | **JUDGE:** Richard D. Taylor |

# <u>EXHIBIT B</u>

## ITEMIZATION OF CLAIM

Other $300.00

| | | |
|---|---|---|
| 04/19/2026 | Review and Analysis of Schedules, Plan, Docket, Loan Docs | $300.00 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**: **$300.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

| | | |
|---|---|---|
| In Re: | Bankruptcy Case No.: | 4:25-bk-14389 |
| | Chapter: | 13 |
| Gezar T Bluefer | Judge: | Richard D. Taylor |

CERTIFICATE OF SERVICE

I, Ciro A Mestres, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Gezar T Bluefer (PRO SE)
15 Austin Court
Little Rock, AR 72209

Joyce Bradley Babin *(Served via ECF Notification)*
Chapter 13 Standing Trustee
P.O. Box 8064
Little Rock, AR 72203-8064

U.S. Trustee (ust) *(Served via ECF Notification)*
Office Of U. S. Trustee
200 W Capitol, Ste. 1200
Little Rock, AR 72201

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 06/08/2026 By: */s/Ciro A Mestres*
(date) Ciro A Mestres
Authorized Agent for Creditor